**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
CLERK OF COURT

**Date:** 1/7/08

Docket Number: 07-3261-pr

Short Title: Monroe v. Dale

DC Docket Number: 05-cv-6704

DC: SDNY (NEW YORK CITY)

DC Judge: Honorable Lewis Kaplan

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 3rd day of January, two thousand eight.

Frederick Monroe,

Petitioner-Appellant,

v.

Supt. of C.F. Artus Dale,

Respondent-Appellee



The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, inter alia, either pay the docketing fee or move for leave to proceed *in forma pauperis,* and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 1/3/08 United States District Court for the Southern District of New York be, and it hereby **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: *E. Jeremy Martin*

Eugene L. Martin, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by *E. Jeremy Martin*
DEPUTY CLERK

Certified: JAN 3 2008

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
**CLERK OF COURT**

**Date:**        1/7/08

Docket Number: 07-3261-pr

Short Title:     Monroe v. Dale

DC Docket Number: 05-cv-6704

**DC:**    SDNY (NEW YORK CITY)

DC Judge: Honorable Lewis Kaplan

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the   3rd     day of  January,  two thousand eight.

Frederick Monroe,

Petitioner-Appellant,

v.

Supt. of C.F. Artus Dale,

Respondent-Appellee



The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter alia</u>, either pay the docketing fee or move for leave to proceed *in forma pauperis,* and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 1/3/08 United States District Court for the Southern District of New York be, and it hereby is **DISMISSED**.  Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

THE CERTIFIED ( ) ORDER (L/NOTICE
( ) STATEMENT OF COSTS
HAS BEEN RECEIVED BY: _____
DATE _____

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: *E. Jorun Martin*

Eugene L. Martin, Deputy Clerk